
FILED
CHARLOTTE, NC
MAR 29 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL NO. DNCW3:11CV101 |
| | ) | |
| TODD T. STONE, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT JUDGMENT

THIS CAUSE coming on to be heard before the undersigned Judge, and it appearing to the Court, and the Court finding as a fact that all matters in controversy set out in the pleadings have been agreed upon by the parties, and that the plaintiff has agreed to the following: to accept the principal sum of $46,363.57, plus 7.38 percent pre-judgment interest, accrued pursuant to the terms in the complaint totaling $20,031.18 as of June 23, 2010, and continuing to accrue until the date of judgment herein at the rate of 7.38 percent per annum; and to accept the principal sum of $1,500.00, plus 5 percent pre-judgment interest, accrued pursuant to the terms in the complaint totaling $848.42 as of June 23, 2010, and continuing to accrue until the date of judgment herein at the rate of 5 percent per annum; with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually, together with $350.00 in costs, as settlement in full accord and satisfaction thereof.

Interest shall accrue thereon at the determined Treasury post-judgment interest rate computed daily and compounded annually.

The defendant agrees that the Plaintiff will submit this debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

NOW, THEREFORE, BY CONSENT, IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff have and recover of the defendant the principal sum of $46,363.57, plus 7.38 percent pre-judgment interest, accrued pursuant to the terms in the complaint totaling $20,031.18 as of June 23, 2010, and continuing to accrue until the date of judgment herein at the rate of 7.38 percent per annum; and to the principal sum of $1,500.00, plus 5 percent pre-judgment interest, accrued pursuant to the terms in the complaint totaling $848.42 as of June 23, 2010, and continuing to accrue until the date of judgment herein at the rate of 5 percent per annum; with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually, together with $350.00 in costs, as settlement in full accord and satisfaction thereof.

This the 17th day of March 2011.

WE CONSENT:

_____  DATE: 3-29-11
JENNIFER A. YOUNGS
Assistant United States Attorney
NCSB# 23925

_____  DATE: March 17th, 2011
TODD T. STONE
Defendant

**SO ORDERED.**

Signed: /s/ Graham C. Mullen

Graham C. Mullen
U.S. Senior District Judge