IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>vs. )<br>)<br>TODD T. STONE, )<br>    Defendant. )<br>and )<br>)<br>SASKTEL INTERNATIONAL, )<br>    Garnishee. ) | CASE NO. DNCW311CV000101<br>(Financial Litigation Unit) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Todd T. Stone is DISMISSED.

Signed: May 22, 2012

Graham C. Mullen
United States District Judge